IN THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A.M, A.M., M.M., AND R.M., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SOUTHSTATE BANK, N.A.<br>Serve Registered Agent:<br>　Office of General Counsel<br>　SouthState Bank, N.A.<br>　1951 8th St. NW<br>　Winter Haven, FL 33881<br><br>　　　　　Defendant. | Case No: 1:24-CV-01636-TWT |

## DISMISSAL WITHOUT PREJUDICE

COME NOW A.M., A.M., M.M., and R.M. ("Plaintiffs"), by and through their counsel of records, and file this their dismissal without prejudice in the above-captioned case pursuant to O.C.G.A. §9-11-41(a).

Respectfully submitted this 26th day of July, 2024.

ZINNS LAW, LLC

_____
Sharon J. Zinns, Esq.
Georgia Bar No. 552920
4243 Dunwoody Club Drive
Suite 104
Atlanta, GA 30350
(404) 882-9002
Email: sharon@zinnslaw.com

1

*/s/ Maureen M. Brady*
_____
Maureen M. Brady MO#57800
Lucy McShane MO#57957
MCSHANE & BRADY, LLC
1656 Washington Street, Suite 120
Kansas City, MO 64108
Phone: (816) 888-8010
E-mail: mbrady@mcshanebradylaw.com
lmcshane@mcshanebradylaw.com

**ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS**

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2024, I caused the foregoing Dismissal Without Prejudice to be filed electronically with the Clerk of the Court by using the CM/ECF system which shall serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

                                                   */s/ Sharon J. Zinns*
                                                 Sharon J. Zinns